# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIT RIVER TRIBE; NATIVE COALITION FOR MEDICINE LAKE HIGHLANDS DEFENSE; MOUNT SHASTA BIOREGIONAL ECOLOGY CENTER; and QUALITY ENVIRONMENT,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT; UNITED STATES DEPARTMENT OF THE INTERIOR; CALPINE CORPORATION; and CPN TELEPHONE FLAT, INC.,<br><br>Defendants. | Case No. 2:19-CV-02483-JAM-AC<br><br>**STIPULATED EXTENSION OF TIME**<br><br>Hon. John A. Mendez<br><br>(Current) Hearing Date: July 28, 2020<br>Time: 1:30 p.m.<br>Courtroom: 6<br>Action Filed: April 15, 2019<br>Trial Date: None |

Pending before the Court are motions to dismiss filed by federal defendants and defendant Calpine Corporation (ECF Nos 64, 67) currently set for hearing on July 28 at 1:30 pm in Courtroom 6.  Due to conflicting obligations of plaintiffs and federal defendants in other matters, the parties have agreed to continue the hearing on the pending motions until October 13, 2020, at 1:30 pm in Courtroom 6.  Deadlines for filing briefs in opposition to the motions to dismiss, and reply briefs in support, would be extended accordingly (to September 29 and October 6).

Date:  July 7, 2020

                                               ENVIRONMENTAL LAW CLINIC
                                               Mills Legal Clinic at Stanford Law School

                                               By: /s/ *Deborah A. Sivas*
                                               Deborah A. Sivas

                                               *Attorneys for Plaintiffs* PIT RIVER TRIBE, NATIVE COALITION FOR MEDICINE LAKE HIGHLANDS DEFENSE, MOUNT SHASTA BIOREGIONAL ECOLOGY CENTER, SAVE MEDICINE LAKE COALITION, and MEDICINE LAKE CITIZENS FOR QUALITY ENVIRONMENT

Case No. 4:19-CV-02483-JAM-AC

JOINT STATUS REPORT AND REQUEST FOR STATUS CONFERENCE

PAUL SALAMANCA
ATTORNEY

*/s/ Peter Kryn Dykema*
PETER KRYN DYKEMA
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 305-0436
Fax: (202) 305-0506
Email: peter.dykema@usdoj.gov

Erica Niebauer
U.S. Department of Interior
Assistant Regional Solicitor

*Attorneys for Federal Defendants*


CALPINE CORPORATION & CPN TELEPHONE FLAT, INC.
Rosemary Antonopoulos Calpine Corporation
*/s/ Thomas L. Sansonetti*
Thomas L. Sansonetti (admitted *pro hac vice*)
Andrew C. Emrich (admitted *pro hac vice*)

Holland & Hart LLP 555 17th Street, Suite 3200
Denver, CO 80202
Telephone: (303) 290-1061 (T. Sansonetti)
(303) 290-1621 (A. Emrich)
Facsimile: (303) 290-1606
tlsansonetti@hollandhart.com
acemrich@hollandhart.com

*Attorneys for Defendants*
CALPINE CORPORATION &
CPN TELEPHONE FLAT, INC.

IT IS SO ORDERED:

DATED:  July 15, 2020

/s/ John A. Mendez
United States District Court Judge