Deborah A. Sivas (CA Bar No. 135446)
Matthew J. Sanders (CA Bar No. 222757)
ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 725.8571
Facsimile: (650) 723.4426
dsivas@stanford.edu

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIT RIVER TRIBE; NATIVE COALITION FOR MEDICINE LAKE HIGHLANDS DEFENSE; MOUNT SHASTA BIOREGIONAL ECOLOGY CENTER; and MEDICINE LAKE CITIZENS FOR QUALITY ENVIRONMENT,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT; UNITED STATES DEPARTMENT OF THE INTERIOR; CALPINE CORPORATION; and CPN TELEPHONE FLAT, INC.,<br><br>Defendants. | Case No. 2:19-CV-02483-JAM-AC<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO FILE COMBINED OPPOSITION MEMORANDUM OF NOT MORE THAN 30 PAGES TO DEFENDANTS' SEPARATE MOTIONS TO DISMISS** |

Good cause appearing therefor, Plaintiffs' request to file a combined memorandum of points and authorities in opposition to the separate motions to dismiss filed by Federal Defendants and Calpine Defendants is GRANTED.

IT IS ORDERED that Plaintiffs may file a single, combined opposition memorandum of not more than 30 pages.

Dated: 9/22/2020                    /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Court Judge

[PROPOSED] ORDER                         1