# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIT RIVER TRIBE; NATIVE COALITION FOR MEDICINE LAKE HIGHLANDS DEFENSE; MOUNT SHASTA BIOREGIONAL ECOLOGY CENTER; and QUALITY ENVIRONMENT,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT; UNITED STATES DEPARTMENT OF THE INTERIOR; CALPINE CORPORATION; and CPN TELEPHONE FLAT, INC.,<br><br>Defendants. | Case No. 2:19-CV-02483-JAM-AC<br><br>**STIPULATED EXTENSION OF TIME**<br><br>Hon. John A. Mendez<br><br>Action Filed: April 15, 2019<br>Trial Date: None |

Following the Court's Order (ECF No. 79) denying the United States' motion to dismiss the United States must prepare and file its Answer to Plaintiffs' First Amended Complaint (ECF No. 63). The parties hereby stipulate to the United States' having an extra two weeks, from January 26 to February 9, to file its Answer, and respectfully request that the Court approve this stipulation as provided below.

Date: January 27, 2021

JEAN E. WILLIAMS
DEPUTY ASSISTANT ATTORNEY GENERAL

*/s/ Peter Kryn Dykema*
PETER KRYN DYKEMA
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 305-0436
Fax: (202) 305-0506
Email: peter.dykema@usdoj.gov

Erica Niebauer
U.S. Department of Interior
Assistant Regional Solicitor

*Attorneys for Federal Defendants*


ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School

By: /s/ *Deborah A. Sivas*
Deborah A. Sivas

*Attorneys for Plaintiffs* PIT RIVER TRIBE, NATIVE COALITION FOR MEDICINE LAKE HIGHLANDS DEFENSE, MOUNT SHASTA BIOREGIONAL ECOLOGY CENTER, SAVE MEDICINE LAKE COALITION, and MEDICINE LAKE CITIZENS FOR QUALITY ENVIRONMENT


Rosemary Antonopoulos Calpine Corporation
/s/ *Thomas L. Sansonetti*
Thomas L. Sansonetti (admitted *pro hac vice*)
Andrew C. Emrich (admitted *pro hac vice*)

Holland & Hart LLP 555 17th Street, Suite 3200
Denver, CO 80202
Telephone: (303) 290-1061 (T. Sansonetti)
(303) 290-1621 (A. Emrich)
Facsimile: (303) 290-1606
tlsansonetti@hollandhart.com
acemrich@hollandhart.com

*Attorneys for Defendants*
CALPINE CORPORATION &
CPN TELEPHONE FLAT, INC.

**SO ORDERED**

DATED:  January 28, 2021                        /s/ John A. Mendez
                                                                      THE HONORABLE JOHN A. MENDEZ
                                                                      UNITED STATES DISTRICT COURT JUDGE