Deborah A. Sivas (CA Bar No. 135446)
Matthew J. Sanders (CA Bar No. 222757)
ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone:  (650) 725.8571
Facsimile:  (650) 723.4426
dsivas@stanford.edu

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIT RIVER TRIBE; NATIVE COALITION FOR MEDICINE LAKE HIGHLANDS DEFENSE; MOUNT SHASTA BIOREGIONAL ECOLOGY CENTER; and MEDICINE LAKE CITIZENS FOR A QUALITY ENVIRONMENT,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BUREAU OF LAND MANAGEMENT; UNITED STATES DEPARTMENT OF THE INTERIOR; CALPINE CORPORATION; an CPN TELEPHONE FLAT, INC.,<br><br>　　　　　Defendants. | Case No. 2:19-CV-02483-KJM-AC<br><br>**STIPULATION AND ORDER RE BRIEFING SCHEDULE** |

## STIPULATION

Pit River Tribe, Native Coalition for Medicine Lake Highlands Defense, Mount Shasta Bioregional Ecology Center, and Medicine Lake Citizens for a Quality Environment (collectively "Plaintiffs"); Bureau of Land Management and U.S. Department of the Interior (collectively "Federal Defendants"); and Calpine Corporation and CPN Telephone Flat, Inc. (collectively "Calpine") hereby stipulate and request as follows:

WHEREAS, in connection with a discovery dispute between the parties, on June 8, 2021, the Magistrate Judge ordered the parties to stipulate to a discovery schedule to produce the administrative

1  record and any necessary supplements and to file that stipulation with the court within 15 days, ECF
2  No. 95 at 9;

3      WHEREAS, on June 22, 2021, Calpine filed a request for reconsideration with the District
4  Judge regarding that portion of the Magistrate Judge's June 8, 2021 order that denied Calpine's
5  request for a complete protective order, ECF No. 96;

6      WHEREAS, the parties filed the discovery schedule stipulation on June 23, 2022, ECF No.
7  99, and thereafter stipulated to three extensions of those discovery schedule deadlines, ECF Nos. 109,
8  111, 112;

9      WHEREAS, on October 7, 2021, the District Judge granted Calpine's motion for
10 reconsideration and granted Calpine's motion for a protective order barring Plaintiffs from seeking
11 any discovery against Calpine, ECF No. 110 at 3 and based on this order, Plaintiffs no longer seek
12 discovery against Calpine;

13     WHEREAS, Federal Defendants filed a Notice of Lodging of Administrative Record on July
14 14, 2021, ECF Doc. 100, and thereafter filed a Notice of Lodging of a supplemented administrative
15 record on February 25, 2022, ECF No. 113;

16     WHEREAS, after reviewing the lodged documents, Plaintiffs took the position that they are
17 entitled to discovery against Federal Defendants for their failure-to-act claims, and Federal
18 Defendants took the position that Plaintiffs are not entitled to any discovery and that the case should
19 proceed immediately to cross-motions for summary judgment without discovery;

20     WHEREAS, the parties agreed to accommodate these divergent positions by having Plaintiffs
21 file a motion to compel the Federal Defendants to respond to Plaintiffs' First Set of Interrogatories
22 against them on the next available motion date before Magistrate Claire, ECF Nos. 116 and 120, and
23 simultaneously filing a stipulated briefing schedule for all parties' cross-motions for summary
24 judgment to resolve the merits of Plaintiffs' claims against Federal Defendants, ECF No. 114;

25     WHEREAS, on June 1, 2022, the Court granted Plaintiffs' motion to compel and ordered that
26 Plaintiffs' interrogatories to Federal Defendants are deemed served, ECF No. 121 at 12;

27     WHEREAS, Federal Defendants intend to seek reconsideration of this ruling, and the parties
28 are agreed that Federal Defendants shall have until June 22 to do so (one week beyond the time

allowed by the Local Rules);

WHEREAS, Federal Defendants currently have 30 days from June 1, 2022 to respond to the propounded interrogatories, and Plaintiffs intend to incorporate those responses into their summary judgment briefing; and

WHEREAS, under the prior stipulated briefing schedule, Plaintiffs' opening brief is due on June 17, 2022;

NOW, THEREFORE, the parties stipulate as follows:

1. The stipulated briefing schedule set forth in ECF No. 114 is vacated.
2. Federal Defendants may bring their motion for reconsideration on or before June 22; if that motion is not granted, Federal Defendants shall comply with the applicable timing and other requirements of Federal Rule of Civil Procedure 33, effective on the date of any resulting order on reconsideration.
3. In the event that Federal Defendants do not on or before June 22 seek reconsideration of the Magistrate's discovery order, ECF No. 121, the timing and other requirements of Federal Rule of Civil Procedure 33 are effective as of June 1, 2022.
4. No party hereby waives any right to object to or propound additional discovery.
5. Upon final resolution of all discovery disputes, the parties will expeditiously confer and within two weeks, file a new stipulated briefing schedule for cross-motions for summary judgment.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: June 7, 2022

ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School

*/s/ Deborah A. Sivas*
DEBORAH A. SIVAS

*Attorneys for Plaintiffs*

TODD KIM
Deputy Assistant Attorney General

*/s/ Peter K. Dykema*

PETER KRYN DYKEMA

*Attorneys for Federal Defendants*

HOLLAND & HART LLP

 */s/ Andrew C. Emrich*
ANDREW C. EMRICH

*Attorneys for Calpine Defendants*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:  June 15, 2022.

CHIEF UNITED STATES DISTRICT JUDGE